**Terrell HOLMES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 77464.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 10, 2000.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 21, 2000.

Application for Transfer Denied
Dec. 27, 2000.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Susan K. Glass, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOFF, C.J., and CRANE, J., and SULLIVAN, J.

**ORDER**

PER CURIAM.

Terrell Holmes (Movant) appeals the judgment denying his Rule 24.035 motion without a hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).